**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BENJAMIN MOJICA, | : | No. 101 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| SCI-MAHANOY SECURITY AND RHU | : | |
| OFFICERS, ET AL., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of August, 2023, the Applications for Relief and Petition for Allowance of Appeal are **DENIED**.